**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LOCAL ACCESS, LLC and BLITZ
TELECOM CONSULTING, LLC,

        Plaintiffs,

v.                                                  Case No.: 6:20-cv-2315-WWB-EJK

KELLEY DRYE & WARREN LLP,
HENRY KELLY, CATHERINE JAMES,
PEERLESS NETWORK, INC. and
RICHARD KNIGHT,

        Defendants.
_____/

**<u>ORDER</u>**

        THIS CAUSE is before the Court upon periodic review. On December 21, 2023, the Court ordered the parties to confer and advise the Court on the selection of a mediator on or before January 22, 2024. (Doc. 109 at 1). The deadline to respond to the Order has passed, and no response has been filed.

        Accordingly, it is **ORDERED** that the parties shall **SHOW CAUSE** on or before **February 29, 2024**, why this case should not be dismissed for failure to respond to and comply with the Court's December 21, 2023, Order.

        **DONE AND ORDERED** in Orlando, Florida on February 23, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record