IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC,
a Florida Limited Liability Company; and
BLITZ TELECOM CONSULTING, LLC,
a Florida Limited Liability Company,

       Plaintiffs,              Case No. 6:20-cv-2315-WWB-EJK

vs.

KELLEY DRYE & WARREN, LLP,
a New York Limited Liability Partnership;
HENRY KELLY;
CATHERINE JAMES;
PEERLESS NETWORK, INC.,
an Illinois Corporation; and
RICHARD KNIGHT;

       Defendants.
_____/

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

COME NOW the Plaintiffs, pursuant to this Court's order of February 23, 2024 (doc.118), and hereby respond to this Court's order to show cause, stating as follows:

1.     On December 19, 2023, the parties jointly filed their Case Management Report. *Doc.*106.

2.     In the Case Management Report, the parties indicated that they had selected Thomas Scott of Cole, Scott & Kissane as the mediator to preside over mediation in this case. *Doc.*106 at 2.

3.      On December 21, 2023, the Court entered an Order directing the parties to confer and advise the Court on the selection of a mediator by January 22, 2024. *Doc.*109.

4.      Upon receipt of the Order of December 21, 2023, Plaintiff's counsel confirmed among them that the parties had selected Thomas Scott as the mediator and discussed the filing of a response to the Order.

5.      The undersigned counsel prepared a notice of mediator selection, but inadvertently failed to file it with the Court.  The undersigned incorrectly believed that he had filed the notice with the Court in compliance with the Court's order, but the error became apparent upon receiving the Court's order of February 23, 2024 (doc.118).  It is unclear why the filing process was not completed, but Plaintiffs and their counsel did not intend to ignore or disobey this Court's order.  The selection of a mediator had already been made by the parties, and conveyed to the Court in the Case Management Report, so Plaintiffs and their counsel would derive no benefit by failing to file a notice of mediator selection.

6.      The undersigned has now filed a notice of mediator selection in compliance with the December 21, 2023 Order, (doc.119) wherein Thomas Scott is again identified as the mediator selected by the parties.

7.      The undersigned counsel for Plaintiffs apologizes to the Court for his inadvertent failure to comply with the Order of December 21, 2023 and requests that no sanctions be imposed against Plaintiffs or their counsel.  The

Defendants have not been prejudiced by the error and dismissal of the case would not serve the interests of justice.

Respectfully submitted on this 23rd day of February, 2024.

/s  *Lee W. Marcus*

_____

**LEE W. MARCUS, ESQUIRE**
Florida Bar No.: 967076
Email: lmarcus@marcusmyerslaw.com
ERNEST J. MYERS, ESQUIRE
Florida Bar No.: 947350
Email:  emyers@marcusmyerslaw.com
MARCUS & MYERS, P.A.
6150 Metrowest Blvd., Suite 208
Orlando, Florida 32835
Tel:    407-447-2550
Fax:    407-447-2551
Counsel for Plaintiffs,
LOCAL ACCESS, LLC &
BLITZ TELECOM CONSULTING, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd  day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system such that copies will be served upon all counsel of record.

/s  *Lee W. Marcus*

_____

**LEE W. MARCUS, ESQUIRE**
Florida Bar No.: 967076