IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC,
a Florida Limited Liability Company; and
BLITZ TELECOM CONSULTING, LLC,
a Florida Limited Liability Company,

      Plaintiffs,                                       6:20-cv-02315-WWB-EJK

vs.

KELLEY DRYE & WARREN LLP,
a New York Limited Liability Partnership;
HENRY KELLY;
CATHERINE JAMES;
PEERLESS NETWORK, INC.,
an Illinois Corporation; and
RICHARD KNIGHT;

      Defendants.
_____/

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants hereby respond to the Court's February 23, 2024 Order to show cause regarding the selection of a mediator (Doc. 118).

1. The parties selected a mediator for this case in December 2023, as reflected in their Uniform Case Management Report (Doc. 106, p. 2).

2. According to Plaintiffs' Response to Order to Show Cause (Doc. 120), Plaintiffs inadvertently failed to follow up and file the appropriate notice informing the Court of this selection, as Defendants believed would occur.

3. Plaintiffs then filed a Notice of Mediator Selection with their Response to the Order on February 23, 2024 (Doc. 119).

4. Plaintiffs' Notice accurately reflects the mediator the parties selected.

<table>
<tr><td>

 /s/ Joshua C. Webb
DENNIS P. WAGGONER
Florida Bar No: 509426
dennis.waggoner@hwhlaw.com
julie.mcdaniel@hwhlaw.com
JOSHUA C. WEBB
Florida Bar No: 051679
josh.webb@hwhlaw.com
val@hwhlaw.com
Fred C. Marshall, II (FBN: 119284)
kip.marshall@hwhlaw.com
HILL WARD HENDERSON
101 E. Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Tel: 813-221-3900 / Fax: 813-221-2900
*Counsel for Defendants Kelley Drye & Warren, LLP, Henry Kelly, Catherine James*

</td><td>

 /s/ Dennis R. O'Connor
DENNIS R. O'CONNOR, ESQUIRE
Florida Bar Number: 376574
DOConnor@ohalaw.com
DEREK J. ANGELL, ESQUIRE
Florida Bar Number: 73449
DAngell@ohalaw.com
O'CONNOR, HAFTEL & ANGELL, PLLC
800 North Magnolia Avenue, Ste. 1350
Orlando, FL 32803
(407) 843-21000
(407) 843-2061 Facsimile
*Attorneys for Defendants, PEERLESS NETWORK, INC. and RICHARD KNIGHT*

</td></tr>
</table>