IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCAL ACCESS, LLC,
a Florida Limited Liability Company; and
BLITZ TELECOM CONSULTING, LLC,
a Florida Limited Liability Company,

    Plaintiffs,                      Case No. 6:20-cv-02315-JSS-EJK

v.

KELLEY DRYE & WARREN, LLP,
a New York Limited Liability Partnership;
HENRY KELLY; CATHERINE JAMES;
PEERLESS NETWORK, INC., an Illinois
Corporation; and RICHARD KNIGHT;

    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, Local Access, LLC and Blitz Telecom Consulting, LLC, by and through their undersigned counsel, and hereby provide notice that the Parties have settled this case and have executed a settlement agreement. The Parties respectfully request that the Court stay all deadlines and take no further action on any pending motions. The Parties' settlement agreement contemplates that a stipulation of dismissal with prejudice will be filed on or before October 22, 2024. The Parties respectfully request that this Court maintain jurisdiction until the stipulation of dismissal with prejudice is filed.

Respectfully Submitted on this 29th day of September, 2024.

<div style="margin-left: 3em;">

/s/Lee W. Marcus
**LEE W. MARCUS, ESQUIRE**
Florida Bar No.: 967076
Email:  lmarcus@marcusmyerslaw.com
**ERNEST J. MYERS, ESQUIRE**
Florida Bar No.: 947350
Email:  emyers@marcusmyerslaw.com
MARCUS & MYERS, P.A.
6150 Metrowest Blvd., Ste 208
Orlando, Florida 32835
Tel: 407-447-2550 / Fax: 407-447-2551
Counsel for the Plaintiffs

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document has been filed with clerk of court via the CM/ECF system on this 29th day of September, 2024, which will serve a copy to all counsel of record.

<div style="margin-left: 3em;">

/s/Lee W. Marcus
**LEE W. MARCUS, ESQUIRE**
Florida Bar No.: 967076

</div>